# In The United States Court of Federal Claims

No. 10-760T

(Filed: January 24, 2011)

_____

UNIVERSITY HOSPITALS
CLEVELAND MEDICAL CENTER, et al,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 21, 2011, the parties filed a joint motion to stay proceedings pending the potential filing of a petition for rehearing in *Mayo Foundation v. United States*. The parties' joint motion is hereby **GRANTED**. Accordingly, on or before March 9, 2011, the parties shall file a joint status report, with a proposed schedule if appropriate, indicating how the case should proceed.

    **IT IS SO ORDERED.**

                                               s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge